# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYRON ATRICE PAYNE,<br><br>        Petitioner,<br><br>        v.<br><br>A. GALAVIZ, et al.,<br><br>        Respondents. | NO. CV 10-2110 JHN (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: April 1, 2010.

/s/ Jacqueline H. Nguyen
_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE